UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD JONES,

      Plaintiff,

v.                           Case No.:  2:19-cv-646-FtM-38NPM

BANK OF AMERICA and STATE OF
FLORIDA,

      Defendants.

_____/

## **ORDER**[1]

Before the Court is a sua sponte review of the file. The Court dismissed this case for lack on subject-matter jurisdiction. (Doc. 18). Plaintiff filed a Notice of Appeal, in which he asks the Court to "forward his affidavit of indigency." (Doc. 20). But Plaintiff has not moved for leave to appeal *in forma pauperis*. To the extent he would like to apply for leave to appeal without paying the filing fee, Plaintiff must file a proper motion with the Court. So the Court directs Plaintiff to file a motion within two weeks or pay the filing fee.

Because Plaintiff is pro se, the Court encourages him to utilize the Middle District's Guide to Proceeding without a Lawyer[2] and the Eleventh Circuit's Pro Se Handbook.[3]

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] https://www.flmd.uscourts.gov/sites/flmd/files/documents/mdfl-guide-for-proceeding-without-a-lawyer.pdf.

[3] http://www.ca11.uscourts.gov/sites/default/files/courtdocs/clk/Pro_Se_Handbook_Final_DEC19.pdf.

**ORDERED:**

Plaintiff must **FILE** a motion for leave to appeal *in forma pauperis* **on or before March 11, 2020**. Alternatively, Plaintiff may pay the $505.00 appellate filing fee by that date.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record