UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD JONES,

    Plaintiff,

v.                                                Case No.:   2:19-cv-646-FtM-38NPM

BANK OF AMERICA and STATE OF
FLORIDA,

    Defendants.
_____/

**ORDER**[1]

Before the Court is Plaintiff's Affidavit of Indigency (Doc. 28).  A few hours before Plaintiff filed this Affidavit, the Court issued an Order denying Plaintiff's motion for leave to appeal *in forma pauperis* ("IFP").  (Doc. 27).  Not only is this Affidavit untimely (Doc. 25), it provides the Court with no reason to reconsider its Order because the Affidavit still provides no basis to conclude the appeal is taken in good faith.  Thus, the Court stands by its previous Order denying Plaintiff's motion for leave to appeal IFP, and (as the Order explained) Plaintiff should file any request to proceed IFP on appeal with the Eleventh Circuit.  (Doc. 27).

    Accordingly, it is now

    **ORDERED:**

The Clerk is **DIRECTED** to immediately forward a copy of this Order to Plaintiff and the Clerk for the United States Court of Appeals for the Eleventh Circuit.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record